1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCCO N. CALABRESE, on behalf of WRITERS' GUILD-INDUSTRY HEALTH FUND and PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN,<br><br>             Plaintiff,<br><br>   vs.<br><br>TRANS PACIFIC FILM DEVELOPMENT L.P.; and J.T.T. PRODUCTIONS, INC.,<br><br>             Defendants. | CASE NO.: 2:97-cv-00951-SVW-BQR<br><br>[~~PROPOSED~~] RENEWAL OF JUDGMENT BY CLERK<br><br>[NO HEARING SCHEDULED] |

   Having originally entered a judgment on December 8, 1997 ("Judgment") against defendants TRANS PACIFIC FILM DEVELOPMENT L.P. and J.T.T. PRODUCTIONS, INC. (collectively referred to hereinafter as the "Judgment Debtors"), jointly and severally, and having had the Judgment subsequently renewed and entered against the Judgment Debtors on July 18, 2007, jointly and severally,

   NOW, having renewed the application of Plaintiff, ROCCO N. CALABRESE, on behalf of WRITERS' GUILD-INDUSTRY HEALTH FUND and PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN (collectively referred to

hereinafter as the "Plaintiff/Judgment Creditors"), and upon declaration and showing that Judgment Debtors have failed to pay the total amount of said Judgment and remain indebted to Plaintiff/Judgment Creditors.

The money Judgment against Judgments Debtors TRANS PACIFIC FILM DEVELOPMENT L.P.; and J.T.T. PRODUCTIONS, INC., jointly and severally, is renewed in the amount of $110,095.20, as follows:

a. Total Judgment………………………….………….$ 84,380.12

b. Costs after Judgment……………………………….$       0.00

c. Interest after Judgment computed from July 18, 2007 through January 23, 2017 at 5.468% accruing at $12.64 per day…………………......... $ 43,914.24

d. Less Credits after Judgment……………….……….$(18,199.16)

e. Total Renewed Judgment…………….……......$110,095.20

DATED: January 25, 2017   

CLERK OF THE COURT

303735.1

2