UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROCCO N. CALABRESE ON BEHALF OF WRITERS' GUILD-INDUSTRY HEALTH FUND AND PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN,

     __     Plaintiff,

  vs.

TRANS PACIFIC FILM DEVELOPMENT, L.P.; and J.T.T. PRODUCTIONS, INC.,

     Defendants.

CASE NO.: 2:97-cv-00951-SVW-BQR

**RENEWAL OF JUDGMENT BY CLERK**
**[**NO HEARING SCHEDULED**]**

Having originally entered a judgment on December 8, 1997 ("Judgment") against defendants, TRANS PACIFIC FILM DEVELOPMENT L.P. and J.T.T. PRODUCTIONS, INC. (collectively referred to hereinafter as the "Judgment Debtors"),

jointly and severally, and having had the Judgment subsequently renewed and entered against the Judgment Debtors on July 18, 2007, jointly and severally, and again on January 25, 2017, jointly and severally:

NOW, having renewed the application by Plaintiff, ROCCO N. CALABRESE on behalf of WRITERS' GUILD-INDUSTRY HEALTH FUND and PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN (collectively referred to hereinafter as the "Plaintiff Judgment Creditors"), and upon declaration and showing that the Judgment Debtors have failed to pay the total amount of said Judgment and remain indebted to Plaintiff Judgment Creditors,

The money Judgment against Judgment Debtors TRANS PACIFIC FILM DEVELOPMENT, LP,; and J.T.T. PRODUCTIONS, INC., jointly and severally, be renewed in the amount of $138,602.42, as follows:

a.  Total Judgment:                     ................................................. $110,095.20

b.  Costs after Judgment:          ....................................................... $ 0.00

c.  Less Credits after Judgment: .............................................($18,332.44)

d.  Interest after Judgment computed from January 25, 2017
    through May 27, 2026 at 5.468% per annum
    accruing $13.74 per day        ................................................. $46,839.66

e.  Total Renewed Judgment      ............................................... $138,602.42

DATED:  June 4, 2026                 _A. Bandek_____
                                                    CLERK OF THE COURT

2

[PROPOSED] NOTICE OF RENEWAL OF JUDGMENT

CASE NO. 2:97-CV-00951